# EXHIBIT C

Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
Lisa R. Whisler, Esq.
Pa. I.D. No. 312032
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com
lisa.whisler@dinsmore.com

*Counsel for Defendants*
*Distressed Asset Portfolio III, LLC and Unifund CCR, LLC*

| | |
|---|---|
| SHAWN COSENZA, individually and on behalf of all other similarly situated, | COURT OF COMMON PLEAS OF LACKAWANNA COUNTY, PENNSYLVANIA |
| Plaintiff, | CIVIL DIVISION |
| v. | CLASS ACTION |
| DISTRESSED ASSET PORTFOLIO III, LLC and UNIFUND CCR, LLC, | Case No. 21-cv-306 |
| Defendant. | **JURY TRIAL DEMANDED** |

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

To:     Clerk of Judicial Records

Shawn Cosenza c/o
Carlo Sabatini, Esq.
Brett Freeman, Esq.
Sabatini Freeman, LLC
216 N. Blakely Street
Dunmore, PA 18512

PLEASE TAKE NOTICE that the Notice of Removal attached hereto as **Exhibit 1** has

been filed in the United States District Court for the Middle District of Pennsylvania, thereby

removing this civil action to the Middle District of Pennsylvania pursuant to 28 U.S.C. §§ 1331,

1441, and 1446.

Respectfully submitted,

Dated: March _____, 2021

/s/

Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
Lisa R. Whisler, Esq.
Pa. I.D. No. 312032
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com
lisa.whisler@dinsmore.com

*Counsel for Defendants Distressed Asset Portfolio III, LLC and Unifund CCR, LLC*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully submitted,

Dated: March _____, 2021

/s/

Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
Lisa R. Whisler, Esq.
Pa. I.D. No. 312032
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com
lisa.whisler@dinsmore.com

*Counsel for Defendants Distressed Asset Portfolio III, LLC and Unifund CCR, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of

Removal was served upon the following this _____ day of March, 2021 by U.S. Mail, First Class

and E-Mail:

> Carlo Sabatini, Esq.
> Brett Freeman, Esq.
> Sabatini Freeman, LLC
> 216 N. Blakely Street
> Dunmore, PA 18512

> *Counsel for Plaintiff Shawn Cosenza*

/s/

Nicholas J. Godfrey, Esq.